In re UNIVERSITY MAGAZINE CO. (Supreme Court, Appellate Division, First Depart-

ment. June 12, 1903.) In the matter of University Magazine Company. No opinion. Motion denied, with $10 costs.